122  DAMM ET AL. vs. CIRCUIT JUDGE (Muskegon), No. 14026½.

To quash a writ of replevin issued against relators as co-partners under the name of Fred H. Marion & Co., because the affidavit alleged that the goods had not been seized under any execution or attachment against the goods or chattels of the said "Fred H. Marion & Co." liable to execution, whereas the statute, How., Sec. 8321, requires that it shall state that the prop-

erty has not been seized under any execution, etc., against the goods and chattels of such plaintiff, liable to execution.

Order to show cause denied February 13, 1894.